**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:19-CV-14338-ROSENBERG/MAYNARD**

DAVID POSCHMANN,

   Plaintiff,

v.

DHB COLLINS HOSPITALITY, LLC,

   Defendant.

_____/

**ORDER ON DEFAULT PROCEDURE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Plaintiff filed an Amended Complaint on November 12, 2019. DE 21. Defendant had 14 days to respond to the Amended Complaint. Fed. R. Civ. P. 15(a)(3). To date, Defendant has not filed a responsive pleading or a responsive motion. Accordingly, it is:

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *Motion for Entry of Clerk's Default* as to Defendant by no later than **December 9, 2019**. Plaintiff's failure to file a *Motion for Entry of Clerk's Default* within the specified time may result in **dismissal without prejudice** without further notice.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of December, 2019.

Copies furnished to:  
Counsel of record

                                          ROBIN L. ROSENBERG  
                                          UNITED STATES DISTRICT JUDGE