UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  2:19-CV-14338-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

DHB COLLINS HOSPITALITY, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Stipulation of Dismissal at docket entry 25. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of December, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record